UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

THI MY LIEN HUYNH,

Petitioner,

v.

CHRISTOPHER J. LAROSE, et al.,

Respondents.

Case No.: 3:26-cv-4898-CAB-AHG

**ORDER DENYING PETITION FOR A WRIT OF HABEAS CORPUS**

Petitioner Thi My Lien Huynh has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 in which she claims that she is being incorrectly detained under 8 U.S.C. § 1225 instead of 8 U.S.C. § 1226. [Doc. No. 1 ("Petition").]

Following *Rodriguez Vazquez v. Bostock*, 183 F.4th 1160 (9th Cir. 2026), noncitizens like Petitioner are subject to the discretionary detention provisions of § 1226(a), including a bond hearing. Petitioner's hearing pursuant to *Rodriguez Vazquez* was scheduled for completion on September 10, 2026. [Doc. Nos. 3, 5.]

///

///

///

///

///

The Court therefore **DENIES** the Petition because Petitioner is receiving the relief she requested. Should Respondents fail to provide the scheduled bond hearing, Petitioner may file an Amended Petition.

The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated: September 11, 2026

Hon. Cathy Ann Bencivengo
United States District Judge